No. 986, Misc. MORRISON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondent.

No. 1012, Misc. FROST *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 1027, Misc. SAWYER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1039, Misc. THORNTON ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1097, Misc. MIDDLETON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1143, Misc. SIMPSON *v.* UNITED STATES;
No. 1156, Misc. WILLIAMS *v.* UNITED STATES; and
No. 1243, Misc. TURBERVILLE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. Reported below: 112 U. S. App. D. C. 400, 303 F. 2d 411.